# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **HOLY APOSTOLIC MINISTRIES,** *et al.*, | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Civil Action No. 4:25-cv-87-O-BP |
| **GOVERNMENT OF THE UNITED STATES,** *et al.*, | § § § § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections on April 8, 2025. The Court has reviewed the proposed Findings, Conclusions, and Recommendation de novo. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that this case is transferred to the District of Kansas. The Clerk of Court shall stay the case for 21 days pursuant to Local Civil Rule 62.2.

**SO ORDERED** this **28th day of April, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE