**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **HOLY APOSTOLIC MINISTRIES, and DEUNTAVIOUS DECOREY ARNOLD,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**MERRICK GARLAND, et al.,**<br><br>**Defendants.** | **Case No. 2:25-cv-2239-JMK-GEB** |

## MEMORANDUM AND ORDER

This matter was transferred to this District from the United States District Court for the Northern District of Texas. Plaintiff Deuntavious Decory Arnold had filed a notice of removal, purporting to remove a criminal case from Johnson County, Kansas District Court. Arnold was the defendant in that case. In the removed case, Arnold and Plaintiff Holy Apostolic Ministries assert various claims against various the following Defendants: (1) Merrick Garland, (2) Kris Kobach, (3) Stephen Howe, and (4) Byron Roberson. The Northern District of Texas construed Plaintiffs' removal documents as containing both a Complaint and an Amended Complaint. Docs. 21, 24.

After the case was transferred to this District, Magistrate Judge Birzer issued a Notice and Order to Show Cause. Doc. 32. In it, Judge Birzer noted that service of the Amended Complaint had not properly been obtained on any named defendant. Judge Birzer further noted that Holy Apostolic Ministries was not an individual, but was a corporation or other artificial entity that must be represented by counsel. *E.g.*, *Tal v. Hogan*, 453 F.3d 1244, 1254 (10th Cir. 2006). Judge Birzer ordered that Plaintiffs show cause as to why she should not recommend dismissal of their claims for failure to effect service and dismissal of Holy Apostolic Ministries' claims due to its inability

to proceed without counsel. Doc. 32 at 10–11. The Notice and Order to Show Cause was mailed to Arnold and Holy Apostolic Ministries at 835 E. Lamar Blvd in Arlington, Texas, and was returned as undeliverable.[1] Doc. 33. Plaintiffs never responded to the Notice and Order to Show Cause, and no attorney has entered an appearance on behalf of Holy Apostolic Ministries.

Consistent with the Notice and Order to Show Cause, Judge Birzer issued a Report and ("R&R") on September 9, 2026, recommending dismissal of Plaintiffs' claims due to insufficient service and the fact Holy Apostolic Ministries cannot represent itself. Doc. 34. The R&R was mailed to Plaintiffs via certified mail at the 835 E. Lamar Blvd address, and also to 2617 Caplin Street in Houston, Texas.[2] The Court has no record of the status of the mail that was sent to the 835 E. Lamar address, and the mail that was sent to the 2617 Caplin address was returned as undeliverable. Doc. 35.

Plaintiffs have not responded or objected to the R&R. This may be due to the Court's inability to reach them. But fault for that issue lies entirely with Plaintiffs. District of Kansas Local Rule 5.1(b)(3) requires a pro se party to "notify the clerk of any change of address or telephone number." D. Kan. R. 5.1(b)(3). Plaintiffs have not done so here. Because no objection to the R&R has been filed, the Court accepts Judge Birzer's R&R and adopts it as its own. Fed. R. Civ. P. 72(b)(2); *Goodwin v. Dewar*, 2024 WL 243250, at *1 (D. Kan. Jan. 23, 2024) (citing *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991)).

---

[1] The Court notes that Plaintiffs' pleadings list both Holy Apostolic Ministries and Arnold as having this same address. *E.g.*, Doc 1 at 1, 5, 19, 23; Doc. 3 at 1; Doc. 4 at 2; Doc. 22 at 6; Doc. 17; Doc. 18.

[2] The Houston address was another address that Arnold provided to the Northern District of Texas. *See* Doc. 27 at 1.

THE COURT THEREFORE ORDERS that the Report and Recommendation issued by Magistrate Judge Birzer on September 9, 2026 (Doc. 34) is ACCEPTED, ADOPTED, and AFFIRMED.

IT IS FURTHER ORDERED THAT all of Plaintiffs' claims against all Defendants are DISMISSED WITHOUT PREJUDICE.

This case is closed.

IT IS SO ORDERED.

Dated: October 30, 2026

s/ Jeffrey M. Kuhlman
JEFFREY M. KUHLMAN
UNITED STATES DISTRICT JUDGE